| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**POLSINELLI PC**<br>Stephen J. Astringer<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>Phone: (302) 252-0962<br>Email: sastringer@polsinelli.com<br><br>*Counsel to Toorak Capital Partners* | |
| In re:<br><br>JOHNSTON HOLDINGS 1121 LLC,<br><br>   Debtor. | Chapter 11<br><br>Case No. 21-16211 (VFP) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Polsinelli PC files this Notice of Appearance and Request for Service of Papers as counsel for Toorak Capital Partners ("Toorak").

Pursuant to Rule 2002, Toorak requests that copies of all notices and pleadings given or filed in this case be given and served upon the attorney listed below and **counsel opts-in to electronic service at the email address set forth below:**

>Stephen J. Astringer
>Polsinelli PC
>222 Delaware Avenue, Suite 1101
>Wilmington, DE  19801
>Phone: (302) 252-0962
>Email: sastringer@polsinelli.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE this Notice of Appearance is not intended to be, and shall not constitute, a consent by Toorak to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of Toorak's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Toorak is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Toorak expressly reserves; or (v) right to contest jurisdiction.  Nothing in this entry of appearance shall be deemed to be implied consent to jurisdiction under *Stern v. Marshall* and related law.

Dated: August 10, 2021  
      Wilmington, DE

Respectfully submitted,

POLSINELLI PC

By:    */s/ Stephen J. Astringer*  
    Stephen J. Astringer  
    222 Delaware Avenue, Suite 1101  
    Wilmington, DE  19801  
    Phone: (302) 252-0962  
    Email: sastringer@polsinelli.com

*Counsel to Toorak Capital Partners*