# A

 **venna martin**    12/6/19

To: Toby, JMJ, Yve ⟩

Hello

Are you sending inspector for draw? Please let me know.

Thank you

V Martin

> On Dec 5, 2019, at 11:39 AM, venna martin <veemartin75@gmail.com> wrote:

 **venna martin**   12/10/19

To: Toby, JMJ, Yve ⟩

Hello

Are you getting my emails . Am in need of draw...

On Dec 6, 2019, at 10:03 PM, venna martin <veemartin75@gmail.com> wrote:

3:03



8 Messages

<  **38 Hilton**

 **venna martin**    12/11/19
To: Toby Perlstein >

Sent

On Dec 11, 2019, at 12:26 PM, Toby Perlstein <toby@sncocapital.com> wrote:

See More 

 **Toby Perlstein**    12/11/19
To: venna & 2 more... >

Thanks for sending it over. Could you please send it as a regular attachment- PDF?

            

**Exhibit D**



Toby Perlstein                12/12/19

To: venna martin >

# RE: 38 Hilton Draw

Hi,

12/1 payment was not received as of yet. We cannot release draw funds if the loan is not current.

Kindly submit payment as soon as possible. See below total amount due.

38 Hilton - $2,053.19
1121 Johnston - $7,415.04

Please send confirmation once payment was sent.

Thank you,

**Toby Perlstein** 12/16/19

To: venna   Cc: Snco

Good morning,

The loan is not current. Payment needs to be submitted before we release the funds.

Thank you,



**venna martin** 12/16/19
To: Toby Perlstein >

Hello

You can not hold my draw hostage on one house for both homes. You take forever to send draws over put owe 60k isn't 38 Hilton. I asked if if you can keep draw towards payments. What's the problem that means your paid. You can keep the draw you guys are horrible.

On Dec 16, 2019, at 2:17 PM, Toby Perlstein <toby@sncocapital.com> wrote:

# B

**2:07**

< Back     **Inbox**     Edit

Let me know what I can do for you
Hi Vareena, have you given up on Refinancing your property? Omer N...

**Jack Oved**     11/23/20
RE: 1121 Johnston dr
see attached -----Original Message----- From: venna martin <...

**Jack, Daniel & CFSI**     11/23/20 >
1121 Johnston Budget Feasibility...
No need to order a second one. Please cancel, we will work from the...

**Yvonne Patterson**     11/20/20
FullSizeR.jpg
Attachment: FullSizeR.jpg

**Elliot Snco Ice Cap**     11/20/20
SOW 1121 JOhnson
Hi Varenna, Please let us know what is going on here, we need this asap to...

Updated Just Now
5 Unread

< Back                       Inbox                          Edit

**Debbie, Alana, Elys...**          11/5/20 >
SETTLEMENT NOTICE: RE: NJO...
See attached signed closing
disclosure statement. Thanks Debbi...

**Debbie Jaconetta**                 11/4/20
RE: Hilton
I will confirm tomorrow. Please sign
and send back cd and alta. Thanks...

**Vinay, Debbie, Alan...**           11/4/20 >
38 Hilton
Hi, Please see the attached payoff.
Thanks and Regards, Vinay Kumar Ic...

**Elliot Snco Ice Cap**              11/2/20
38 Hilton 1121 Johnson Call
Hi All, dial In#- 425-436-6342
Access Code-1383679

**Elliot Snco Ice Cap**              11/2/20
38 Hilton 1121 Johnson Call
Hi All, dial In#- 425-436-6342
Access Code-1383679

            Updated 4 minutes ago           
                                  5 Unread

< Back                    **Inbox**                    Edit

RE: 1121 Johnston dr
see attached -----Original
Message----- From: venna martin <...

**Jack, Daniel & CFSI**              11/23/20  ⊙
1121 Johnston Budget Feasibility...
No need to order a second one.
Please cancel, we will work from the...

**Yvonne Patterson**                 11/20/20
FullSizeR.jpg
Attachment: FullSizeR.jpg

**Elliot Snco Ice Cap**              11/20/20
SOW 1121 JOhnson
Hi Varenna, Please let us know what is
going on here, we need this asap to...

**Elliot Snco Ice Cap**              11/12/20  ⊙
1121 johnson
Okay what time is best for you?
Elliot Sasson | IceCap Group...

    Updated 4 minutes ago    
              5 Unread