C

Jack Ice cap >

iMessage
Jun 23, 2020, 2:26 PM

Hi vareena it's Jack Oved from ICE

Just checking up on the draw request. Make sure the inspection was ordered and inspector is scheduled

Jun 24, 2020, 1:44 PM

Hey, any update here?

Oct 19, 2020, 11:17 AM

Hi, I'm on the phone right now. Can we talk later?

Good morning. It's been 13 days since I made loan current still no payoff.... closing set for tomorrow





Jack Ice Cap

Oct 30, 2020, 11:45 AM

Can we set up a call for Monday with you your investor and toorak?

> Good afternoon. He doesn't want to be part of a conversation. He is an angel investor. Please try for $65-70k towards interest waive lates and $9k at time of draw. He was upset to find out about tent receiver. Let me know how this works. If we can do that we will have a deal.

Toorak asked for a call with you and the investor

I personally think if he is making an investment, He should want to be on the phone if he wants to





Jack Ice cap

I personally think if he is making an investment, He should want to be on the phone if he wants to understand whether or not toorak(the noteholder and decision maker of what the plan to do with this receiver) will be willing to work with you/him. He can get comfortable with them and with his investment

Sun, Nov 1, 10:09 PM

Hi Vareena, sorry for texting over the weekend. I got confirmation for 11am tomorrow morning for a call with Toorak as you requested any time between 10-12. Please confirm





**Jack Ice cap**

Mon, Nov 2, 8:51 AM



Ok elliot will send you a call in number soon

Mon, Nov 2, 10:55 AM

Toorak team responded they arent available now at 11

We will schedule for 12

They just said 12 is not possible :( can we do 4pm?



Ok

My attorney is asking why the hold up?

Because we didnt get them confirmation of the call until this morning and their calendar was booked up

  

Jack Ice cap >

Because we didnt get them confirmation of the call until this morning and their calendar was booked up already

Ok but we are on at 4pm. Other attorney want to close

Text Message

Ok

iMessage
Mon, Nov 2, 4:03 PM

Hi, we are on the call

425-436-6342;1383679

Not sure how

Tue, Nov 3, 8:01 AM

Hi can you see if they can





Jack Ice cap

> Hi can you see if they can send something in writing that we can apply to payments

The $31k? I think they already agreed it can be applied to payments

> Ok con you send that. His concern are we are not able to come to terms. I told him you are trying to work it out and it's more likely then not that we will.

Ok i just emailed them

Confirmation needs to come from them

> Ok sounds good then they will release funds

Tue, Nov 3, 12:35 PM





## Jack Ice cap

Tue, Nov 3, 12:35 PM



They will apply it to regular interest but there is no agreement to waive anything until we have the broader reinstatement figured out for Johnson

Tue, Nov 3, 6:50 PM

Hi, did closing happen today?

Text Message
Tue, Nov 3, 10:54 PM

Hi, did closing happen today?

iMessage
Wed, Nov 4, 3:20 PM

We just sent you the payoff

  

Jack Ice cap

> The upstairs windows are only issue. He will fix all he wants to go by the original scope

> He will be completely finishing property to have in sale condition.

> His budget is $130,000

> Please send me a copy of receivers report. I can not get in property

> He saw it the day after locks were charged

> Receiver changed locks. Did you get any word from Toorak? I really need this ASAP because angel investor want to get them started ASAP Don't wanna loss them

Jack Ice cap

I spoke to toorak. We need to understand the gc scope before allowing him to do work on the property and consider releasing the receivorship

So when you have it please send

Mon, Nov 16, 2:47 PM

Just tried calling you back

Tue, Nov 17, 12:57 PM

Hi pls send me scope of work

Tue, Nov 17, 2:23 PM

He will complete it today. With time line as per Eliott request

Great





Jack Ice cap

Great

Thu, Nov 19, 6:13 PM

Hi Vareena

Havent heard back from you. Are you still planning on sending us the scope

Text Message

Hi Vareena

Havent heard back from you. Are you still planning on sending us the scope

iMessage

> Yes m waiting from contractor

Does he realize the urgency of getting us this?





Jack Ice cap

Toorak has been asking me about it day after day. we told them that you can get the project done within 60 days and now they're telling me this guy can't even get us a scope of work in a week how is it going to be able to finish the project in 60 days

> Yes he was trying to get back in for a full scope. He's sending tonight

It just looks bad. But I'm gonna do whatever I can to help you

> Eliott scared guy. He wanted my attorney to file a motion to show cause my attorney assured him that he will make sure that I will be ok. Meaning his money is safe. The

Jack Ice cap

Fri, Nov 20, 1:24 PM

Let's chat on WhatsApp! It's a fast, simple, and secure app we can use to message and call each other for free. Get it at



**Download WhatsApp**
whatsapp.com

Tue, Dec 15, 3:05 PM

Hey Vareena, give me a call when you can please.

Mon, Dec 28, 11:36 AM

Hi Vareena good morning





# D

| | |
|---|---|
| Version #: | 1 |
| Quote Version: | FINAL |
| Quote Issued On: | October 23, 2020 |
| Quote Valid Through: | October 31, 2020 |

**Cohen Financial**

To: Hilton Holdings 38 LLC

Re: 38 Hilton St
38 Hilton St
East Orange, NJ 07017

Investor Loan No. SNCO075
Cohen Loan No. 330172789

We have prepared the following figures for the payoff that is to occur on October 31, 2020:

| Parameters | Amount | Account |
|---|---|---|
| | $ 260,500.00 | Principal |
| 10/01/20 to 10/31/20 @ 9.50% | $ 2,062.30 | Regular Interest |
| | $ 200.00 | Doc Processing Fee |
| | $ 721.78 | Late Charge |
| | $ 139.00 | Reval Fee |
| | $ 1,000.00 | Special Servicing Fee |
| | $ 3,938.43 | Disposition Fee |
| | $ 2,555.00 | Legal Fee |
| | $ 31,477.08 | 330172790 Cross Default |
| | $ (4,350.84) | Unapplied |
| | $ 298,242.75 | Total |
| | $ 68.74 | Regular Interest Per Diem |

All Funds must be received by 2:00 PM CT to receive same day credit.
You are still responsible for keeping your account current during the payoff process.
Your loan is not signed up for automatic ACH payments, and you will not be required to submit an automatic ACH cancellation request prior to payoff.
If applicable, escrow will be refunded under a separate cover.
Satisfactions and Note will be returned in the ordinary course of business.

Every effort has been made to ensure the informational accuracy of this Payoff Quote and, if applicable, all accompanying attachment(s). Please review the loan number, name of mortgagor, property address, and principal balance, and confirm this information agrees with your record of the loan. Notification is hereby given that, in the event of error or omission, the lender does not, in any way, prejudice its right and entitlement to all monies lawfully due it under the terms of the Mortgage, Note or related documents and provided that the loan documents contain no provisions that would prohibit prepayment. Mortgagor needs to review the loan documents for the existence of such provisions and be aware that this quote does not in any way alter or modify any of the terms therein.

Please have wired to the lender pursuant to the following wiring instructions:

| | |
|---|---|
| Funds are to be wired to: | PNC Bank, N.A. (Pittsburgh, PA) |
| For credit to: | Cohen Financial |
| Account number: | 1025481829 |
| ABA routing number: | 043000096 |
| Reference: | 330172789 |

| Closing Information | | Transaction Information | |
|---|---|---|---|
| Date Issued | | Borrower | Krystle M. Davis |
| Closing Date | 10/29/2020 | | 38 Hilton Street |
| Disbursement Date | 10/29/2020 | | East Orange, NJ 07017 |
| Settlement Agent | Collegiate Title | Seller | Hilton Holdings 38 LLC. |
| File # | NJOR20-15718 | | 1121 Johnston Drive |
| Property | 38 Hilton Street | | Watchung, NJ 07060 |
| | East Orange, NJ 07017 | | |
| Sale Price | $420,000 | | |

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $420,064.44 |
|---|---|---|
| 01 Sale Price of Property | | $420,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes | to | |
| 10 County Taxes | to | |
| 11 Assessments | to | |
| 12 Water/Sewer 10/29/2020 to 12/31/2020 | | $64.44 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| Due from Seller at Closing | | $416,080.08 |
|---|---|---|
| 01 Excess Deposit | | $4,000.00 |
| 02 Closing Costs Paid at Closing (J) | | $103,046.69 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan | | $298,242.75 |
| 05 Payoff of Second Mortgage Loan | | |
| 06 | | |
| 07 | | |
| 08 Seller Credit | | $10,000.00 |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 City/Town Taxes 10/01/2020 to 10/29/2020 | | $790.64 |
| 15 County Taxes | to | |
| 16 Assessments | to | |
| 17 | | |
| 18 | | |
| 19 | | |

### CALCULATION

| Total Due to Seller at Closing | $420,064.44 |
|---|---|
| Total Due from Seller at Closing | $416,080.08 |
| Cash to Close ☐ From ☑ To Seller | $3,984.36 |

## Contact Information

### REAL ESTATE BROKER B

| Name | Re/Max First Realty II |
|---|---|
| Address | 409 North Avenue |
| | Cranford, NJ 07016 |
| License ID | 1756924 |
| Contact | Danny Anilus |
| Contact License ID | 1861417 |
| Email | dannyanilus@gmail.com |
| Phone | (908) 327-2151 |

### REAL ESTATE BROKER S

| Name | KW City Life JC Realty |
|---|---|
| Address | 190 Christopher Columbus Drive |
| | Jersey City, NJ 07302 |
| License ID | |
| Contact | Oscar Nunez |
| Contact License ID | 1539896 |
| Email | oscarnunezsellsnj@gmail.com |
| Phone | (201) 519-4739 |

### SETTLEMENT AGENT

| Name | Collegiate Title Corporation |
|---|---|
| Address | 110 Marter Avenue, Suite 107 |
| | Moorestown, NJ 08057 |
| License ID | 9697424 |
| Contact | Richard Ransom, Jr. |
| Contact License ID | 9697106 |
| Email | packages@collegiatetitle.com |
| Phone | (856) 231-0990 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumer nance.gov/mortgage-closing

## Closing Cost Details

| Loan Costs | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|
| **A. Origination Charges** | | |
| 01  % of Loan Amount (Points) | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| **C. Services Borrower Did Shop For** | | |
| 01  2 Casher Check Fees for Water/Sewer Payments to | $50.00 | |
| 02  Overnight Tax and Sewer Payments to Collegiate Title | $20.00 | |
| 03  Wire Mortgage Payoff to Collegiate Title Recording | $25.00 | |
| 04  Wire Seller Proceeds to Collegiate Title Corporation | $25.00 | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |

| Other Costs | | |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01  Recording Fees Deed: Mortgage: | $75.00 | |
| 02  Realty Transfer Fee to Collegiate Title Recording | $3,407.00 | |
| 03  UCC Termination Recording Fee to Collegiate Title Recording | $50.00 | |
| **F. Prepaids** | | |
| 01  Homeowner's Insurance Premium mo. to | | |
| 02  Mortgage Insurance Premium mo. to | | |
| 03  Prepaid Interest per day from to | | |
| 04  Property Taxes mo. to | | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01  Homeowner's Insurance per month for mo. | | |
| 02  Mortgage Insurance $0.00 per month for mo. | | |
| 03  Property Taxes per month for mo. | | |
| 04  Aggregate Adjustment | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **H. Other** | | |
| 01  1st 1/4 2020 Taxes to City of East Orange | $2,444.85 | |
| 02  2nd 1/4 2020 Taxes to City of East Orange | $2,444.85 | |
| 03  3rd 1/4 2020 Taxes to City of East Orange | $2,508.24 | |
| 04  4th 1/4 2019 Taxes to City of East Orange | $2,475.18 | |
| 05  Advertising Costs to City of East Orange | $56.13 | |
| 06  Attorney Fees to Harold P. Cook, III Esquire and Associates | $1,500.00 | |
| 07  Escrow to Miles Law LLC | $3,000.00 | |
| 08  Escrow Final Water to Collegiate Title Corporation Escrow | $750.00 | |
| 09  FedEx Fees to Harold P. Cook, III Esquire and Associates | $40.00 | |
| 10  Invoice to Ideal Contractors and Constructions LLC | $61,220.00 | $20,125.60 |
| 11  Open Water to 9/3/2020 to East Orange Water Commission | $740.01 | |
| 12  Real Estate Commission Buyers Broker to Re/Max First | $7,925.00 | |
| 13  Real Estate Commission Sellers Broker to KW City Life JC | $10,525.00 | |
| 14  Tax Interest to 11/18/2020 to City of East Orange | $3,536.39 | |
| 15  Tax Sale Prevention (Water) to City of East Orange | $229.04 | |
| **J. TOTAL CLOSING COSTS** | **$103,046.69** | **$20,125.60** |

### Confirm Receipt

By signing, you are only confirming that you have received this form.

_____    _____
Seller Signature         Date        Seller Signature         Date

# E

